## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KESSLER DENTAL ASSOCIATES, P.C.,** | **Case No. 2:20-cv-03376-JDW** |
| *Plaintiff,* | |
| v. | |
| **THE DENTISTS INSURANCE COMPANY,** | |
| *Defendant.* | |

### ORDER

**AND NOW**, this 23rd day of October, 2020, upon receipt of Plaintiff's Amended Complaint (ECF No. 11), it is **ORDERED** that the Defendant's Motion to Dismiss (ECF No. 10) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.