IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KESSLER DENTAL ASSOCIATES, P.C., *Plaintiff,* v. THE DENTISTS INSURANCE COMPANY, *Defendant.* | Case No. 2:20-cv-03376-JDW |

### ORDER

AND NOW, this 7th day of December, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 13) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge

1